W. Jason Scott, Bar No. 222204
Kaleigh E. Thomas, Bar No. 340194
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
jscott@klinedinstlaw.com
kthomas@klinedinstlaw.com

Attorneys for Defendant NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING (erroneously sued as SHELLPOINT MORTGAGE SERVICING)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. RICHARDS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SHELLPOINT MORTGAGE SERVICING, a business entity; RUSHMORE LOAN MANAGEMENT SERVICES LLC, a business entity; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:24-cv-09229-HSG<br><br>**STIPULATION AND ORDER GRANTING EXTENSION TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Magistrate Judge Thomas S. Hixson<br><br>FAC Filed: August 23, 2024<br>Date Removed: December 19, 2024 |

Plaintiff G. RICHARDS ("Plaintiff") and Defendant NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING (erroneously sued as SHELLPOINT MORTGAGE SERVICING) ("Shellpoint") hereby stipulate as follows:

WHEREAS, Plaintiff filed his Second Amended Complaint ("SAC") in the Northern District of California, case number 4:24-cv-09229-HSG on January 8, 2025;

WHEREAS, the SAC was served the same day via the Court's Electronic Case Files ("ECF") system;

WHEREAS, Shellpoint was not yet registered on the ECF system on January 8, 2025, and did not receive the SAC when originally served;

1  WHEREAS, in light of the service issue, Plaintiff and Shellpoint stipulated to an extension
2  for Shellpoint to respond to the SAC for fifteen days to February 6, 2025;
3  WHEREAS, Plaintiff and Shellpoint are currently engaged in settlement discussions;
4  WHEREAS, Plaintiff and Shellpoint have not yet had the opportunity to meet and confer
5  on the SAC and Plaintiff's counsel will be out the country through February 18, 2025;
6  WHEREAS, Plaintiff and Shellpoint agree this stipulation will not prejudice either party.
7  Based on the above, Plaintiff and Shellpoint respectfully request that the Court grant
8  Shellpoint an additional thirty-day extension to respond to Plaintiff's SAC, up to and including
9  March 8, 2025.

**IT IS SO STIPULATED.**

KLINEDINST PC

DATED:  February 6, 2025        By:   */s/ Kaleigh E. Thomas*
                                       W. Jason Scott
                                       Kaleigh E. Thomas
                                       Attorneys for Defendant NEWREZ, LLC dba
                                       SHELLPOINT MORTGAGE SERVICING
                                       (erroneously sued as SHELLPOINT MORTGAGE
                                       SERVICING)

SHAPERO LAW FIRM

DATED:  February 6, 2025        By:   */s/ Jessica Galletta*
                                       Sarah Shapero
                                       Jessica Galletta
                                       Attorneys for Plaintiff G. RICHARDS

**SIGNATURE VERIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Plaintiff and that I have obtained their authorization to affix their electronic signature on this document.

KLINEDINST PC

DATED: February 6, 2025   By: _/s/ Kaleigh E. Thomas_
W. Jason Scott
Kaleigh E. Thomas
Attorneys for Defendant NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING (erroneously sued as SHELLPOINT MORTGAGE SERVICING)

# ORDER

Pursuant to the Plaintiff and Shellpoint's Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. Shellpoint shall have up to and including March 8, 2025, to respond to the Second Amended Complaint filed by Plaintiff G. Richards.

**IT IS SO ORDERED.**

KLINEDINST PC

DATED: 2/7/2025    By: *Haywood S. Gill, Jr.*
JUDGE OF THE DISTRICT COURT

26127047.1