W. Jason Scott, Bar No. 222204
Kaleigh E. Thomas, Bar No. 340194
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
jscott@klinedinstlaw.com
kthomas@klinedinstlaw.com

Attorneys for Defendant NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING (erroneously sued as SHELLPOINT MORTGAGE SERVICING)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. RICHARDS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING, a business entity; RUSHMORE LOAN MANAGEMENT SERVICES LLC, a business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:24-cv-09229-HSG<br><br>**STIPULATION AND ORDER GRANTING EXTENSION TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Magistrate Judge Thomas S. Hixson<br><br>FAC Filed: August 23, 2024<br>Date Removed: December 19, 2024 |

Plaintiff G. RICHARDS ("Plaintiff") and Defendant NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING (erroneously sued as SHELLPOINT MORTGAGE SERVICING) ("Shellpoint") hereby stipulate as follows:

WHEREAS, Plaintiff filed his Second Amended Complaint ("SAC") in the Northern District of California, case number 3:24-cv-09229-TSH on January 8, 2025;

WHEREAS, the SAC was served the same day via the Court's Electronic Case Files ("ECF") system;

WHEREAS, Shellpoint was not yet registered on the ECF system on January 8, 2025, and did not receive the SAC when originally served;

WHEREAS, in light of the service issue, Plaintiff and Shellpoint stipulated to an extension for Shellpoint to respond to the SAC for fifteen days to February 6, 2025;

WHEREAS, this Court granted Shellpoint an extension to respond to the SAC through April 8, 2025, at Plaintiff and Shellpoint's request;

WHEREAS, Plaintiff and Shellpoint are currently engaged in settlement discussions and have reached settlement in principle.

WHEREAS, Plaintiff and Shellpoint desire additional time to finalize their settlement and allow for dismissal to be filed;

WHEREAS, Plaintiff and Shellpoint agree further stipulation will not prejudice either party.

Based on the above, Plaintiff and Shellpoint respectfully request that the Court grant Shellpoint an additional thirty-day extension to respond to Plaintiff's SAC, up to and including May 8, 2025.

**IT IS SO STIPULATED.**

KLINEDINST PC

DATED:  April 8, 2024        By:   */s/ Kaleigh E. Thomas*
                                    W. Jason Scott
                                    Kaleigh E. Thomas
                                    Attorneys for Defendant NEWREZ, LLC dba
                                    SHELLPOINT MORTGAGE SERVICING
                                    (erroneously sued as SHELLPOINT MORTGAGE
                                    SERVICING)

SHAPERO LAW FIRM

DATED: April 8, 2025         By:   */s/ Sharah Shapero*
                                    Sarah Shapero
                                    Jessica Galletta
                                    Attorneys for Plaintiff G. RICHARDS

**SIGNATURE VERIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Plaintiff and that I have obtained their authorization to affix their electronic signature on this document.

KLINEDINST PC

DATED: April 8, 2025                    By:   */s/ Kaleigh E. Thomas*
                                              W. Jason Scott
                                              Kaleigh E. Thomas
                                              Attorneys for Defendant NEWREZ, LLC dba
                                              SHELLPOINT MORTGAGE SERVICING
                                              (erroneously sued as SHELLPOINT MORTGAGE
                                              SERVICING)

**ORDER**

Pursuant to the Plaintiff and Shellpoint's Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. Shellpoint shall have up to and including May 8, 2025, to respond to the Second Amended Complaint filed by Plaintiff G. Richards.

**IT IS SO ORDERED.**

DATED:   4/9/2025            By: _____
                                  JUDGE OF THE DISTRICT COURT

26369012.1