# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. RICHARDS, an individual;<br><br>　　　Plaintiff,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC, a business entity; and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No.: 4:24-cv-09229-HSG<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and cost by effect of the Court's June 4, 2025, Order Granting Motion to Dismiss Plaintiff's Complaint.

　　　The Clerk is directed to close the file.

Dated:　7/11/2025

　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gill Jr.*
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge